MARK D. LONERGAN (SBN 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (SBN 242121)
kml@severson.com
REBECCA S. SAELAO (SBN 222731)
rss@severson.com
GREGORY L. HUBER (SBN 287865)
glh@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

**Attorneys for Defendants**
WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

CHRISTOPHER RIDOUT (SBN 143931)
christopher.ridout@zimmreed.com
HANNAH P. BELKNAP (SBN 294155)
hannah.belknap@zimmreed.com
**ZIMMERMAN REED, LLP**
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 - Telephone
(877) 500-8781 - Facsimile

KENNETH J. GRUNFELD
kgrunfeld@golombhonik.com
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177 – Telephone
(215) 985-4169 – Facsimile

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GOBER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | Case No. 2:15-CV-07120-DDP-PLAx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

**ORDER**

The parties having stipulated to the foregoing and good cause appearing, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: June 28, 2016  _____

Honorable Paul L. Abrams
United States Magistrate Judge